

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00295-CV

## IN THE MATTER OF THE MARRIAGE OF
## VICKI GOINES AND CLIFTON "SONNY" GOINES

**From the 13th District Court**
**Navarro County, Texas**
**Trial Court No. D20-29209-CV**

## MEMORANDUM OPINION

The parties' "Agreed Motion for Remand after Remediation" was filed on August 31, 2022. The parties assert they have entered into a mediated settlement agreement, believe no further proceedings in this Court are necessary, and request this Court remand the case to the trial court for proceedings consistent to the mediated settlement agreement.

Although we do not have the authority to do exactly what the parties have requested, we do have the authority to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of a judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). Accordingly,

the "Agreed Motion to Remand after Remediation" is granted to the extent authorized. The Final Decree of Divorce, signed on August 13, 2021, is set aside without regard to the merits, and the case is remanded to the trial court for rendition of a judgment in accordance with the parties' Mediated Settlement Agreement.

Because the Court was unable to grant the entirety of the parties' motion, the Court has endeavored to implement the substance of the parties' agreed motion to achieve the same result. If the parties determine that the judgment of the Court does not accomplish the parties' intended result, a timely motion for rehearing must be filed which addresses the manner in which the Court can implement the agreement of the parties within the limitations of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.1; 49.1.

There being no agreement as to costs, costs of this appeal are taxed against Clifton "Sonny" Goines.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
 Justice Johnson, and
 Justice Smith
Motion granted; judgment set aside; case remanded
Opinion delivered and filed September 7, 2022
[CV06]

